516 P.2d 320

**VANGUARD INSURANCE COMPANY,
Appellant,**

v.

**Michael M. CANTRELL and Barbara M.
Cantrell, husband and wife,
Appellees.**

**Michael M. CANTRELL and Barbara M.
Cantrell, husband and wife, Appellants
and Cross-Appellees,**

v.

**ALLSTATE INSURANCE COMPANY, Appellee and Cross-Appellant.**

**No. 11124–PR.**

Supreme Court of Arizona.

Dec. 11, 1973.

Ordered: Vacating order heretofore entered granting petition for review.

FURTHER ORDERED: Denying said petition for review.